**Saleem Rafeeq PORTER,
Plaintiff–Appellant,**

v.

**Jeffrey W. FRAZIER, CJM, Superintendent; TED Hull, Major, CJM, Assistant Superintendent, Defendants–Appellees,**

and

**Northern Neck Regional
Jail, Defendant.**

No. 04–6629.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 5, 2004.

Saleem Porter, Appellant pro se.

Robert A. Dybing, Thompson & McMullan, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

PER CURIAM:

Saleem Rafeeq Porter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Porter v. Frazier,* No. CA–03–249–AM (E.D. Va. filed Mar. 15, 2004 & entered Mar. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*